UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VICTOR ALONGE, | ) |
|     Petitioner, | ) ) ) |
| v. | )    Case No. CIV-25-286-R |
| BUREAU OF PRISONS, | ) ) ) |
|     Respondent. | ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Amanda L. Maxfield pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Green recommends that Petitioner's Petition be dismissed without prejudice.

The case file shows no timely objection to the Report nor request for an extension of time, even though Plaintiff was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

The Court adopts the Report and Recommendation [Doc. No. 13] in its entirety and, for the reasons stated therein, this Petitioner is DISMISSED without prejudice and all pending motions are DENIED as moot.

2

IT IS SO ORDERED this 27th day of June, 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE